UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JERRY NEIL ALFRED,

        Plaintiff,

v.                      Case No. 3:08-cv-198-J-32HTS

RANDY BRYANT, et al.,

        Defendants.

## ORDER

1. This cause is before the Court upon Plaintiff's Notice of Appeal (Doc. #30), filed April 27, 2009, pursuant to the mailbox rule. This appeal is not taken in good faith under Rule 24(a)(3) of the Federal Rules of Appellate Procedure and 28 U.S.C. § 1915(a)(3). Thus, Plaintiff is not entitled to appeal as a pauper.

2. Plaintiff proceeded as a pauper in this case. Plaintiff is hereby assessed the total $455.00 appellate filing and docketing fees in this case.

3. As funds become available in Plaintiff's prison account, he shall be required to make monthly payments of twenty percent of the preceding month's income (that is, all funds deposited into the account) credited to the account. Upon receipt of this Order, the agency having custody of Plaintiff shall forward payments from Plaintiff's account on a monthly basis to the Clerk of Court each time the amount in the account exceeds $10.00. These payments shall continue until the appellate filing and docketing fees of $455.00 are paid in full. The following information shall either

be included on the face of the check from the penal institution, cashier's check, or money order or attached thereto: (1) the full name of the prisoner; (2) the prisoner's inmate number; and, (3) Middle District of Florida Case Number.  Checks or money orders which do not have this information will be returned to the penal institution.

     4.   Plaintiff is warned that he is ultimately responsible for payment of the appellate filing and docketing fees should the agency with custody over him lapse in its duty to make payments on his behalf.  For this reason, if Plaintiff is transferred to another jail or correctional institution, he should ensure that the new institution is informed about this appeal and the required monthly payments as set out herein.  Plaintiff is advised to retain a copy of this Order for this purpose.

     5.   The **Clerk of Court** shall **MAIL** a copy of this Order to: Department of Corrections, 2601 Blair Stone Road, Tallahassee, FL 32399-2500, Attention:  Administrator of the Inmate Trust Fund Account at the jail.

**DONE AND ORDERED** at Jacksonville, Florida, this 7th day of May, 2009.

_____
TIMOTHY J. CORRIGAN
United States District Judge

```
sa 5/5
c:
Jerry Neil Alfred
Ass't A.G. (Hiers)
USCA
```